IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01759-WDM-MJW

MARY RODRIGUEZ, et al.,

Plaintiff(s),

v.

THE TOWN OF EAGLE BOARD OF TRUSTEES, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Motion to Strike Witnesses Not Disclosed by Plaintiff's Discovery (docket no. 68) is GRANTED. Plaintiff's witnesses Frank Sanders, Frank Martinez, Butch Thompson, Steve Vigil, and Aurora Ursua are stricken from the Final Pretrial Order.

The court finds that these witnesses were not identified until August 22, 2005, in Plaintiff's Second Supplemental Rule 26(a)(1) disclosures. The deadline to complete discovery was to August 31, 2005, for the limited purpose of completing some depositions of witnesses who had been previously disclosed. This extension was not as to those newly-identified witnesses in Plaintiff's Second Supplemental Rule 26(a)(1) disclosures. Accordingly, such witnesses were disclosed untimely, and Plaintiff has failed to establish substantial justification for delay in such witness disclosures. The Defendants have established prejudice since discovery has long since be completed, a final pretrial order has been entered by the court, and a trial has been set by Judge Miller. See Fed. R. Civ. P. 37.

Date:  December 16, 2005