IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01759-WDM-MJW

MARY RODRIGUEZ, et al.,

Plaintiff(s),

v.

THE TOWN OF EAGLE BOARD OF TRUSTEES, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiffs' Motion for Leave to Submit Amended Exhibit List (document 74) is granted.  The tendered Plaintiff's Amended Exhibit List is accepted and filed as of December 19, 2005.

Date:  December 19, 2005