IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01759-WDM-MJW

MARY RODRIGUEZ, et al.,

Plaintiff(s),

v.

THE TOWN OF EAGLE BOARD OF TRUSTEES, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Parties' Joint Motion to Vacate Settlement Conference, (Docket Number 104), is GRANTED. The Settlement Conference set on March 9, 2006, at 10:30 a.m. is VACATED and will be reset following the Court's ruling on Defendants' Motion for Summary Judgment.

Date: March 6, 2006