IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-01759-WDM-MJW

MARY RODRIGUEZ, et al.,

     Plaintiffs,

v.

THE TOWN OF EAGLE BOARD OF TRUSTEES,

     Defendant.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     Plaintiffs' motion to present testimony by deposition and for extension of time to designate are granted.

Dated:  November 6, 2006

                                              s/ Jane Trexler, Secretary/Deputy Clerk