IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 04-cv-01759-WDM-KMT

MARY RODRIGUEZ, et al.,

    Plaintiffs,

v.

THE TOWN OF EAGLE BOARD OF TRUSTEES,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant

    The following minute order is entered by Judge Walker D. Miller:

    Because this case has settled, the motion in limine is denied as moot.

Dated: October 1, 2008

                                      s/ Jane Trexler, Judicial Assistant